## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CEPHAS B. JIMMY,                          :
                                          :
            Plaintiff,                     :
                                          :  CIVIL ACTION
            v.                             :
                                          :  NO. 11-7858
ELWYN, Inc.,                              :
                                          :
            Defendant.                     :

## ORDER

**AND NOW**, this ___18___ day of February, 2014, **IT IS HEREBY ORDERED** upon careful

consideration of Defendant Elwyn's Motion for Summary Judgment (Doc. 21), Plaintiff Jimmy's

Memorandum in Opposition (Doc. 22), Defendant's Reply to Plaintiff's Response to Motion for

Summary Judgment (Doc. 25), and Plaintiff's Reply Brief in Opposition to Defendant's Motion

for Summary Judgment (Doc. 26), along with the parties' motions with briefs and exhibits, and

for the reasons set forth below, Defendant's Motion for Summary Judgment (Doc. 21) is

**DENIED IN PART AND GRANTED IN PART.**[1]


                                    **BY THE COURT:**


                                    _Petrese B. Tucker_
                                    **Hon. Petrese B. Tucker, C.J.**

---

[1] The Court finds genuine issues of material fact remain with regard to Plaintiff Jimmy's claims of national origin discrimination under Title VII of the Civil Rights Act of 1964 ("Title VII") and the Pennsylvania Human Relations Act ("PHRA"). The Court, however, does not find that genuine issues of material fact remain regarding: (1) Jimmy's claims of racial discrimination and retaliation under 42 U.S.C. § 1981 ("§ 1981") and the PHRA (2) Jimmy's claims of retaliation based on national origin discrimination under Title VII and the PHRA. As a result, Counts II, IV, V and VI of Jimmy's complaint are dismissed while Counts I and III remain.